**H & W FRESH SEAFOODS, INCORPORATED, Plaintiff–Appellee,**

v.

**Lewis SCHULMAN, Defendant–Appellant,**

and

**Scott Taylor; Hews Seafood, Incorporated, Defendants.**

No. 01–2425.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 22, 2002.

Lewis Schulman, Appellant Pro Se. John Stephen Simms, Greber & Simms, Baltimore, Maryland, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Lewis Schulman appeals from the district court's order declining to reconsider the denial of Schulman's motion to vacate the default judgment entered against him. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *H & W Fresh Seafoods, Inc. v. Schulman*, No. CA–98–3851–CCB (D.Md. July 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*